UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEVON WALKER, <br><br> Plaintiff, <br><br> v. <br><br> K. GRETHER, et al., <br><br> Defendants. | Case No. 22-cv-01120-YGR (PR) <br><br> **ORDER OF TRANSFER** |

Plaintiff, a state prisoner, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Dkt. 1. He has also filed an application for *in forma pauperis* status and a request for appointment of counsel. Dkts. 3, 6. The acts complained of occurred at High Desert State Prison in Susanville, California, which is in Lassen County and within the venue of the Eastern District of California, and it appears that defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith. All pending motions are TERMINATED on this Court's docket as no longer pending in this district.

IT IS SO ORDERED.

Dated: March 10, 2022

_____
JUDGE YVONNE GONZALEZ ROGERS
United States District Judge