UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEVON VIYALE WALKER, | Case No. 2:22-cv-0463-WBS-JDP (PC) |
| Plaintiff, | |
| v. | ORDER |
| K. GRETHER, *et al.*, | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. On September 15, 2023, defendants moved to opt out of the court's alternative dispute resolution program, and on October 2, 2023, plaintiff filed a letter agreeing to opt out of the program. ECF Nos. 33 & 34.

Good cause appearing, it is hereby ORDERED that defendants' motion, ECF No. 33, is granted, and the stay entered May 19, 2023, is lifted. Defendants are directed to file a responsive pleading to plaintiff's complaint within thirty days.

IT IS SO ORDERED.

Dated:   October 4, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28